## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KENNETH L. SANFORD,

               Plaintiff,

    v.

M. HANNAH LAUCK, in her individual and official capacities, *et al.*,

               Defendants.

Case No. 25-cv-2664 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, the Municipal Defendants and Selective Insurance Company's motion to dismiss, ECF 13, is **GRANTED**. The Court also **DISMISSES** Sanford's claims against the Federal Defendants *sua sponte*.

Sanford's motion to take judicial notice, ECF 11, is **DENIED** as moot, as the Court has taken judicial notice of relevant court proceedings in its opinion. Sanford's motion for leave to file an updated motion for entry of default, ECF 55, is **DENIED** as moot because this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 30, 2026